JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MCINTYRE,<br><br>    Petitioner,<br><br>vs.<br><br>RON BARNES, Warden,<br><br>    Respondent. | Case No. SACV 08-1238-DDP (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 11, 2010

*/s/ Dean D. Pregerson*
_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE